

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA SMITH, | § | No. 08-14-00317-CV |
| | § | |
| APPELLANT, | § | Appeal from the |
| | § | |
| V. | § | 388th District Court |
| | § | |
| JOHN BURT, | § | of El Paso County, Texas |
| | § | |
| APPELLEE. | § | (TC# 89-11455) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellant's motion to clarify and enforce, including the portion of the order which determined that Appellee has overpaid Appellant in the amount of $22,080.39 as of April 3, 2014, and render judgment clarifying the divorce decree as follows:

> IT IS ORDERED that Linda Burt n/k/a Linda Smith shall have judgment against and recover from John Burt, $391.00 of the gross present and future military retirement benefits received by John Burt each month beginning October 31, 1990, together with 50% of any and all cost-of-living-related increases to which John Burt shall become entitled for the period beginning October 31, 1990 and ending on the death of John Burt. Linda Burt n/k/a Linda Smith is entitled to receive 50% of the accumulated cost-of-living-allowances to which John Burt becomes entitled to receive beginning October 31, 1990 and ending on the death of John Burt.

It is further ordered that the cause is remanded to the trial court for further proceedings consistent with this Court's opinion, including the entry of an order on Appellant's motion to enforce. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., Not Participating